UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY DOCKET UNIT

JEROME FORDE

2017 MAY 23  AM 10: 43

17CV 3877

_____CV_____
(Include case number if one has been
assigned)

Write the full name of each plaintiff.

-against-

BUREAU OF PRISONS, 320 FIRST STREET, NW
WASHINGTON, DC 20534;  UNICOR (FCI GILMORE);
R. A. PERDUE;CHARLES SAMUELS, JR.; NEWTON
KENDIG; DR. ANDERSON (FCI GILMORE); FCI
GILMORE MEDICAL STAFF

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☑   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Fifth & Eighth Amendments, 18 U.S.C. SECTIONS 241 & 242

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _Jerome Ford_____ , is a citizen of the State of

(Plaintiff's name)

New York_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **R.A. Perdue** , is a citizen of the State of
(Defendant's name)

**West Virginia**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, **BOP/UNICOR** , is incorporated under the laws of

the State of **District of Columbia**

and has its principal place of business in the State of **District of Columbia**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Jerome | | Ford |
|---|---|---|
| First Name | Middle Initial | Last Name |

307 Beach 66 Street, Apt. #2
Street Address

| Arverne | New York | 11692-1427 |
|---|---|---|
| County, City | State | Zip Code |

(724) 761-6631
| Telephone Number | Email Address (if available) |
|---|---|

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| R. A. | Perdue | |
|---|---|---|
| First Name | Last Name | |

| Warden | | |
|---|---|---|
| Current Job Title (or other identifying information) | | |

| 201 FCI Lane | | |
|---|---|---|
| Current Work Address (or other address where defendant may be served) | | |

| Glenville | West Virginia | 26351 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| Charles | Samuels, Jr. | |
|---|---|---|
| First Name | Last Name | |

| Director of Bureau of Prisons | | |
|---|---|---|
| Current Job Title (or other identifying information) | | |

| 320 First Street, NW | | |
|---|---|---|
| Current Work Address (or other address where defendant may be served) | | |

| Washington | DC | 20534 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| Newton | Kendig | |
|---|---|---|
| First Name | Last Name | |

| BOP Medical Director | | |
|---|---|---|
| Current Job Title (or other identifying information) | | |

| 320 First Street, NW | | |
|---|---|---|
| Current Work Address (or other address where defendant may be served) | | |

| Washington | DC | 20534 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4:

## Dr. Anderson

First Name                                    Last Name

## Medical Doctor at FCI Gilmore

Current Job Title (or other identifying information)

## 201 FCI Lane

Current Work Address (or other address where defendant may be served)

## Glenville, West Virginia 26351

County, City                              State                      Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  FCI Gilmore, West Virginia

Date(s) of occurrence:  June 24, 2013

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On June 24, 2013 at or around 10:30 am, while performing my job duties as a Unicor inmate prison "Maintenance Worker," my right index finger was "severely and horribly "crushed" after a 500 lb metal drum fell on it.  After my finger was crushed and pretty much severed off from the rest of my right index finder, I immediately ran to the nearest B.O.P. Unicor Factory employee, officer Moore showing him my finger.  He calmly contacted FCI Gilmore Medical staff informing them that an inmate had just sustained a very serious injury and that they should send someone ASAP!  After officer Moore contacted the "Medical staff", he didn't do anything to assist me in stopping the bleeding, nothing he was taught to do in situations such as my injury; he just sat and watched as I profusely bled from my injury.  It took an additional twenty minutes more before officer Moore was contacted and told to escort me to the medical department where when I got there, P.A. Lehman met me at the door and only gave me a small gauge pad to wrap around my crushed dangling right index finger; then escorted me to the "Receiving & Discharge unit where I waited an additional one (1) hour before I was transported to an outside hospital, Stonewall Jackson Memorial Hospital.  Once I arrived at the hospital, hospital staff immediately ran an I.V. into my arm, and I had to sit and wait approximately 45 minutes for x-rays of my injuries.  I was operated on June 25, 2013 at approximately 6:30 p.m. by Dr. Sneed, the surgical doctor was able to re-attach the portion of my right index finger that had been detached. Dr. Sneed informed B.O.P. staff that I needed to stay to make sure that  the proper medical attention was given to me to save my right index finger, the Warden and FCI staff refused to let me stay, and a result I lost my finger

On June 27, 2013, I was transferred back to FCI Gilmore with post surgical treatment orders from Dr. Sneed, the operating surgeon. The defendants failed to follow up on the post surgical instructions which allow me to save the portion that Dr. Sneed had re-attached, but instead, give me the wrong medication, which caused an adverse reaction, which made it necessary for me to be transported back to Stonewall Jackson Memorial Hospital where I had explained to Dr. Sneed what FCI Gilmore Health Service had been doing in giving me the wrong medication, not following his instructions, which he confirmed that FCI Gilmore was not giving me the correct medication, causing me to lose the portion of my right index finger that he (Dr. Sneed) had re-attached.  I was punished by the "Medical Staff" at FCI Gilmore for complaining about my condition, denied proper medical care and was purposely given the wrong medication with the intent to cause bodily harm to my person.  (See chronological events attached and pictures). When I saw Dr. Sneed again and informed him of what the FCI Medical staff did in giving me the wrong medication, he confirmed it, and put me back on the correct medication even though at this time, it was too late to save the portion of my right index finger that had initially been saved!

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Lost part of my right index finger because prison staff failed to let me stay at the hospital until my finger had healed after Dr. Sneed informed them that it was necessary that I stay for proper medical care; the prison medical staff did not follow the strict instructions of physician  Dr. Sneed who performed the "emergency surgery that re-attached the portion of my right index finger that had been detached. I didn't receive any proper medical attention from the prison medical staff at FCI Gilmore, and almost died from being given the wrong medication.   See attached chronological events and pictures

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I am requesting to be compensated in the amount of $10,000,000.00 for past and future suffering, for mental anguish and lost of limb; requiring the defendant UNICOR to fulfill the agreed upon compensation for my injuries. I am requesting that I be compensated for the injuries sustained for the rest of my life.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| May 17, 2017 | |
| --- | --- |
| Dated | Plaintiff's Signature |
| Jerome | Ford |
| First Name            Middle Initial | Last Name |
| 307 Beach 66 Street, Apt. #2 | |
| Street Address | |
| Arverne | NY | 11692-1427 |
| County, City | State | Zip Code |
| (347) 651-2774 | jackainsworth50@yahoo.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☑ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# EXHIBITS



08.10.2013

08.10.2013















BP-A0140.016           **INJURY REPORT - INMATE - PART 1**  CDFRM
NOV 07

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

SEE DISTRIBUTION AND SPECIAL INSTRUCTION AT THE TOP OF THE NEXT PAGE FOR INMATE COPY

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI Gilmer | Jerome Ford | 90252-054 |

| 4. Injured's Duty Assignment | 5. Injured's Duty Hours | 6. Date and Time of Injury |
|---|---|---|
| F-Unicor-9 | 7:30 am- 3:30 pm | 06-24-2013 10:53 am |

| 7. Where Did Injury Happen (be specific as to location) | 8. Date and Time Injury Was Reported |
|---|---|
| Unicor sand blast booth | 06-24-2013 10:54 am |

9. In Your Opinion, Was This Injury: (a) ☑ Work Related    ☐ Non Work Related

   (b) ☐ Institution    ☑ Industry    ☐ Recreation    ☐ Program or Activity
   ☐ Other (explain)

| 10. To Whom Was Injury First Reported | 11. Part of Body Involved (left knee, etc.) | 12. Kind of Injury (burn, cut, etc.) |
|---|---|---|
| Jeremiah Mohr Industrial Specialist | Right index finger | pinch/cut |

13. Injured's alleged Witnesses to Injury (staff and inmates)
Joseph Beaver 05393-070

14. Injured's Brief Statement As To How Injury Happened. Include Injured's Recommendation for
    Prevention. (Continue on additional blank sheets, if necessary.)



◎ Injured's Signature and Date:

15. Supervisor's Statement - Must Include: a. Job Training Record, b. Safety Equipment Provided,
    c. Whether Safety Equipment In Use, d. Whether Proper Guarding Used, e. Corrective Action Taken.
    (Continue on additional blank sheets, if necessary)

Inmate Jerome Ford was observing inmate Joseph Beaver operating a fork lift attempting  to empty a steel
drum full of steel blast media. The steel drum started to shift unexpectedly, the operator ,inmate Joseph
Beaver instructed inmate Jerome Ford to "stay back". Inmate Jerome Ford rushed in to try to stabilize
the drum. The drum weighing over 1000lbs. continued to shift and pinched/cut the right index finger of
inmate Jerome Ford. Inmate Ford was not wearing the issued work gloves at the time of the incident, he
was however wearing all other issued personal protective equipment.

~~Jeremiah Mohr~~, INDUSTRIAL SPECIALIST        6/24/2013

◎ Supervisor's Signature, Title and Date:

| 16. Medical Description of Injury | 17. This Injury Required: |
|---|---|
| Partial ind AMPUTATION on 7/8/13. | a. ☐ No Medical Attention |
|  | b. ☐ Minor First Aid |
|  | c. ☐ Hospitalization - from _____ to _____ |
|  | d. ☐ Work Time Lost - from _____ to _____ |
|  | e. ☐ Other (explain) |
|  | Total Lost Time Days: |

Record Copy - Inmate file; Copy - Safety Office; Copy - Inmate

(This form may be replicated via WP)                    Replaces BP-140.016, Part 1, of SEP 05

BP-A0140.016                    INJURY REPORT – INMATE – PART 1   CDFRM
NOV 07
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

SEE DISTRIBUTION AND SPECIAL INSTRUCTION AT THE TOP OF THE NEXT PAGE FOR INMATE COPY

| 1. Institution<br>FCI Gilmer | 2. Name of Injured<br>Jerome Ford | 3.Register Number<br>90252-054 |
|---|---|---|

| 4. Injured's Duty Assignment<br>F-Unicor-9 | 5. Injured's Duty Hours<br>7:30 am- 3:30 pm | 6. Date and Time of Injury<br>06-24-2013 10:53 am |
|---|---|---|

| 7. Where Did Injury Happen (be specific as to location)<br>Unicor sand blast booth | 8. Date and Time Injury Was Reported<br>06-24-2013 10:54 am |
|---|---|

9. In Your Opinion, Was This Injury: (a)  ☑ Work Related         ☐ Non Work Related

    (b) ☐ Institution      ☑ Industry       ☐ Recreation       ☐ Program or Activity

       ☐ Other (explain)

| 10. To Whom Was Injury First Reported<br>Jeremiah Mohr Industrial Specialist | 11. Part of Body Involved (left knee, etc.)<br>Right index finger | 12. Kind of Injury (burn, cut, etc.)<br>pinch/cut |
|---|---|---|

13. Injured's alleged Witnesses to Injury (staff and inmates)
Joseph Beaver 05393-070

14. Injured's Brief Statement As To How Injury Happened. Include Injured's Recommendation for
    Prevention. (Continue on additional blank sheets, if necessary.)




◎  Injured's Signature and Date:

15. Supervisor's Statement – Must  Include: a. Job Training Record, b. Safety Equipment Provided,
    c. Whether Safety Equipment In Use, d. Whether Proper Guarding Used, e. Corrective Action Taken.
    (Continue on additional blank sheets, if necessary)
Inmate Jerome Ford was observing inmate Joseph Beaver operating a fork lift attempting  to empty a steel
drum full of steel blast media. The steel drum started to shift unexpectedly,the operator ,inmate Joseph
Beaver instructed inmate Jerome Ford to "stay back". Inmate Jerome Ford rushed in to try to stabilize
the drum. The drum weighing over 1000lbs. continued to shift and pinched/cut the right index finger of
inmate Jerome Ford. Inmate Ford was not wearing the issued work gloves at the time of the incident,he
was however wearing all other issued personal protective equipment.


◎  Supervisor's Signature, Title and Date:

NOTICE

    If you sustained an injury as a result of a work assignment, and feel you have some degree of
impairment at the time of your release from federal custody, you may file a claim for Inmate Accident
Compensation. Claims may not be filed until 30 days prior to release or transfer to a Community
Treatment Center. Claims must be made within 60 days following release from the institution when
circumstances preclude submission prior to release.

    To file a claim you must contact the Institution's Safety Manager not less than 30 days prior to
your release or transfer to a community Treatment Center. The Safety Manager will assist you in
completing your claim and will arrange to have your injury medically evaluated.

    Refusal of appropriate medical treatment or failure to file a claim prior to release or transfer
to a Community Treatment Center may result in forfeiture of accident compensation benefits resulting
from your injury. Failure to submit to a final physical examination in connection with an Inmate
Accident Compensation Claim shall result in the forfeiture of all rights to compensation benefits and
future medical treatment.

Record Copy – Inmate file; Copy – Safety Office; Copy – Inmate
*(This form may be replicated via WP)*                          *Replaces BP-140.016, Part 1, of SEP 05*

*Novelty*
*Calsix?*

<u>MEDICAL TREATMENT LOG</u>

This incident/medical records log is being kept by myself, so as to accurately document and reflect the extreme poor medical care that I will have suffered from at the hands of the Health Service Prison employee's at the Federal Correctional Institution-GILMER. After I was severly injured while performing my job duty in the UNICOR Prison Industries Factory in 2013.

1.   On 06/24/13, at or around 10:30 a.m., while I was performing my job duties as a Unicor inmate prison "maintenance" worker. My (r) index finger was "severely and horrible crushed" after a 500 lb metal drum fell on it!

2.   After my finger was crushed and pretty much severed off (the rest *From* of my finger. I immediately ran to the nearest B.O.P. Unicor Factory Employee...Officer Moore.  Officer Moore responded by calmly contacting the prison medical department using his hand held radio...informing them that an inmate had just sustained a very serious injury down within the factory and that they should send someone down their ASAP! After Officer Moore relayed my medical emergency to the Prison medical service personel. He failed to even assist me with any help in trying to compress my wound with a towel or anything. He sat and just watched me profusely bleed from my severe injury. It then took Officer Moore and additional 10 more minutes before he readied himself to escort me/walk me (bleeding profusely) across the prison compound (100 yards ) tO the prison medical center to receive medical treatment for my severe injury.  Once I was in the medical department. The prison P.A. (Physcian Assistant) Lehman met me at the door and then gave me a very small gause pad to wrap on or around my crushed finger and escorted me to THE R & D department...where I waited an additional hour for the prison guards to gain authorization to transport me to the nearest hospital for emergency treatment. I was given a tetanus shot ~~allow~~ *along* with a pain reliever.

The F.C.I. Gilmer correctional guards decided that my injury was not
serious enough to warrant an "Air Lift" by helicopter to the hospital.
So, they drove me by van to Stone-Wall Jackson Memorial Hospital,...
in handcuffs...which now prevented me from being able to apply any
pressure on my nearly severed finger...and I just road in the van with
my finger openly bleeding on the floor of the van. This Van transport
to StoneWall Jackson Memorial took about 45 minutes. Once I arrived
at the Hospital...I was finally able to receive the proper professional
medical care that I deserved.

After my arrival to Stonewall Jackson Memorial Hospital. Me-
dical staff immediately ran an I.V. in my arm, then they had me sit
and wait 45 minutes to X-Ray my injuries. The Admissions doctor then
informed me that the B.O.P. employees told him that I was too be admitted
into the hospital and scheduled for surgery on my injured (r) index fin-
ger the next day at 4:30 p.m. From the time of my arrival at the hospital
emergency dept, I was not given any pain medication by any staff members.

On 06/25/13, at or around 6:30 p.m., Stonewall Jackson Memorial Hos-
pital Staff/Surgeon---Dr. Sneed----performed the emergency surgery on my
finger...in an attempt to "re-attach" the severed end back onto the main
part of my (r) index finger.

I stayed 3 full days--convalescing from the emergency surgery. And
on 06/27/13, I was transported back to F.C.I. Gilmer----with the post sur-
gical treatment orders for F.C.I. health services to follow and obey:
(1). Prison health services employees were given the instructions to...,
(a) keep the surgery area clean and ELEVATED!....(b) to bring me back to
the hospital for a post-surgery follow-up...one week from the date of sur-
gery!

On 07/1/13, the medical staff at F.C.I. Gilmer "REFUSED" to comply
with or obey the surgical doctors post-surgery orders and instructions
and bring me back to him for after care "one week after the initial sur-
gery...and they further "refused" to give me anything to elevate my arm/
hand as the post-surgical treatment orders required.

On 07/02/13...Prison Officials finally decided to transport me back
to Stonewall Jackson Memorial Hospital for my post-surgery/after care
treatment by the Orthopedic surgical doctor on my (r) index finger/hand.

The Orthopedic Doctor (expert) then informed me that a 1/4 inch of
the re-attached finger was still "black"...which was a sure indication
that the flesh or tissue was DEAD!. The doctor then asked me if the pri-
son health service employees were giving me the antibiotics as they were
instructed to do so. At that time, I informed the doctor that they were
not! The doctor then voiced that it was extremely important that I be

administered the antibiotics and pain meds as instructed or else serious
complication could result.  So, the doctor then wrote out new instructions
for the prison health service employees...instructing them that i need to
be given the pain meds and antibiotics without fail until he see's me in
another week.  The doctor specifically instructed F.C.I. Gilmer medical
staff to do:  (1) continue all medications in a timely fashion...(2) to
change the surgical bandages "every two days" so as to prevent gangrene
spreading any further up my finger...(3) F.C.I. Gilmer medical staff were
further "ordered" to "MONITOR" my injury "daily" for any indication of
any "spreading of infection"...and IF there is an indication that infection
is spreading...TO IMMEDIATELY RUSH ME BACK TO THE HOSPITAL FOR EMERGENCY
TREATMENT!

      On 07/03/13...F.C.I. Gilmer medical staff "REFUSED" to follow and
or obey the surgical doctors post-surgical treatment Orders/Instructions.
F.C.I. Gilmer did not provide me with the vital antibiotics and pain medi-
cations that had been specifically ordered on the date of my release from
in patient status.  F.C.I. Gilmer only provided me with Tylenol-3 headache
pain medication...which was'nt the medication that the surgical doctor pre-
scribed and ordered that I be given. F.C.I. Gilmer health service employees
also "REFUSED" to administer the necessary and vital "antibiotic's" that I
required to prevent the gangrene from spreading further up my finger! Prison
Employees "discontinued" all hospital ordered medications the day after they were give
      On 07/04/13...I woke up in excruciating pain...went to the prison sick
call/medical building for help...made my complaints known...yet I was re-
fused any type of medical service...in fact, I was told that they could'nt
help me nor solve my problems whatsoever!

      On 07/04/13...at or around 12 noon...I had my unit (A-3) officer-----
McCartney....called over to medical to see if they would comply with my
surgical doctors "post-operation treatment" instructions/Orders...and at
least "change" my surgival bandages every two days (as instructed). Health
service employees informed Officer McCartney to mind his own business as
a unit officer and that they would not be changing any such bandages for
the inmate.....me!  This response deeply trouble me...because I could feel
that the infection was getting worse by the amount of pain I was always in/

On 07/05/13...could'nt sleep at all last night because of the pain and discomfort of my (r) index finger being "inflamed" from "gangrene infection."  Prison Officials at F.C.I. Gilmer refuse to provide me with the proper and just medical post-surgical treatment that the treating physician had ordered.  I don't know what else that i can do to get the medical staff here to obey or follow the surgical doctors post surgery orders / treatment. I am afraid that because of this deliberate indifference to my medical post-surgical treatment orders, that I will ultimately lose my entire (r) index finger...due to the spreading of the gangrene.

07/05/13...at 12:30 noon...I went to the prison health service department to request my post surgical treatment medications that the hospital had in-structed them to administer to me.  Health Service worker, Ms. Carson, in-formed me that it took the prison health service staff 4 entire days to find the "lost" surgical doctors post-surgery orders for my continue medications of antibiotic's and pain pills....she further reinterated that it was her be-lief, that that was the reasons why my antibiotic's and pain meds had been prematurely terminated and otherwised withheld from me for 4 to 5 days,.... they had lost the doctors medical script that had authorized and instructed for them to continue both critical meds.  Then Mr. Novelty, who is another prison health service employee, told me that it did'nt matter about me not having received my antibiotic's for the 4 to 5 days anyway...because I was going to lose my (r) finger anyway...whether the infection grew worse or not!

I was eventually givne a dosage of what I mistakenly believed to be antibiotic's and a pain reliever by Ms. Carson around 11 p.m on 07/05/13...and for reasons unbeknowest to me...I subsequently went into sometype of adverse reaction to the pills that Ms. Carson had administered to me.  That night, I could'nt breathe and my chest felt real tight every time I inhaled a breath of air. I was so afraid, I actually thougt that I mightdie. So, I got out of my bed and pushed the "emergency" needs button in my cell to alert the A-3 unit officer that I needed "emergency" medical service immediately!  It is my firm belief that F.C.I. Gilmer medical staff administered the wrong medications to me at 11 p.m.

On 07/06/13...i am still feeling bad from the allergic reactions from having been given the wrong medications yesterday. I feel nauseous and weak, due to having been given the wrong medications by prison health services employee...Ms. Carson. My antibiotic medication, which was necessary to fight off any gangrene spreading, still had not been re-started as the surgical doctor had ordered. The only thing that prison medical staff are giving me is my pain medication. I am so afraid that my on-going gangrene infection is going to travel further up my finger...which might cause me to have to get more than what was originally necessary amputated off my finger.

07/07/13...I contacted my family members by phone and shared with them my pain and suffering. I expressed to them my fears of losing more inches off finger than what was originally projected by the doctor...simply because Prison health service employee's at F.C.I. Gilmer won't provide me with the proper and necessary medical care-that is required for such a serious injury like mine.

07/08/13....I went to medical services at the prison...and they changed my bandages. No one signed off on or for the antibiotics or pain medication that I required. So, I then went and informed Warden Purde and Ass. Warden Kizzeyeh, about the fears that I was having because of the improper medical treatment I was receiving by their medical staff. Both wardens took my name and federla register number down on pieces of paper, and infomred me that they both would take care of the problem of me not receiving the proper medical treatments. (J. Connelly-Thorpe repeated this same promise as well)

Around 2p.m. this same day...I was called down to the Lt's Office. Once I got down there, I was subsequently transported out of the institution and taken to Stonewall Jackson Memorial Hospital for "Emergency" follow-up with doctor Sneed. Dr Sneed somehow verified that F.C.I. Gilmer had actually been giving me the wrong antibiotic medication than what he had "ordered" for them to give me...the medication that he had instructed them to give me was necessary to prevent the gangrene from spreading...and since they were'nt giving it to me...the gangrene had spreaded! Thus, Dr. Sneed had to immediately admit me into the hospital and schedule me for an immediate surgery to remove several inches off my (r) index finger. This could have been prevented, if I had been given the right antibiotic's as the Doctor had originally ordered!

On 07/09/13....Dr. Sneed performed another "emergency" surgery and removed about 2 inches from my (r) index finger...he further gave "new" post-op treatment instructions...and order more antibiotic's and proper pain medications...and instructed prison medical staff to administer those exact medications to me without fail.

On 07/10/13....I couldn'nt sleep at all last night because of being in constante pain. I am very depressed about my having to lose more than what was necessary of my finger...due and because of negligent medical care and treatment i received at the hands of F.C.I. Gilmer's medical personell.

07/11/13...I am still having a very rough night in trying to sleep. The pain medications that F.C.I. Gilmer medical staff are giving me is not working. Because they still are "refusing" to administer to me the correct medications and pain relievers that the surgical doctor instructed them to give to me. F.C.I. Gilmer medical staff further have even "Refused" to give me something to keep my hand "elevated" after surgery...thus...I am unable to adhere to any of my doctors orders. After screaming at loud in pain for such a long period of time. F.C.I. Gilmer medical staff finally relented and gave me a shot of some unknown pain medication....and then increased their Tylenol-3 medication for me to take 3 times a day. Note..that Tylenol-3 is not what the surgical doctor prescribed for me to be given after my major surgery. Prison staff terminated the doctors orders of the proper pain medications, and gave me what they wanted to have...which they knew would not be adequate enough to releive my pain so soon after surgery.

On 07/12/13...I am bone tired and extemely aggitated about the lack of concern by the entire prison administration, for me to receive the proper medical i deserve. Even after I have made my complaints known to the highest level within the prison ( Warden Purde, Ass. Wardens, Health Service Administrator) nothing has been done to see that I receive the proper and necessary medical care for "post surgery" treatment.

On 07/13/13...I prison health service keep on refusing my request for them to give me "something" .."anything" in which I could use to keep my arm or hand elevated...as the doctor instructed...and made clear...that elevation of my arm/hand was necessary for proper healing and treatment. My gause ban-

dage that was on the area of my arm where a skin grafe was performed has fell off....prison health service "refused" to give me any more gause or medical tape to rewrap this open wound. I was thus forced to have to use toilet tissue and industrial package tape to re-bandage my skin grafe open wound area...because medical services was closed. Prison staff told me that their was nothing that they could do for me, and that I should just man-up and live with the pain.

On 07/14/13....I went to pill line and still couldn't get any help from the F.C.I. Gilmer medical staff with getting the correct and proper gause bandage placed on my skin graffe wound. Medical staff refused to change the bandage period. Furthermore, medical staff simply wrapped some medical tape around a tongue depressor...gave me one small bandaide gause pad and told me to go and change my own bandage.

)n 07/15/13...I went to the pill/sick call line again...advising healther sevice employees that the pain in my arm / hand was getting worse...and that i feared that the infection was getting worse. Prison Health Services refused to give me any treatment and simply said verbally...that they did not care and to go back to my unit.

On 07/16/13, I went to the prison pill/sick call line and was seen by a Dr.
Anderson.  Whom I personally informed about all my severe medical conditions and
unusual pains I've been experiencing in my arm, hand, and fingers. I had informed
Dr. Anderson, that the medications that he had changed from the original pre-
scription from the surigical doctors Orders----were'nt working! Dr. Anderson did
not take my complaints seriously, and thus he merely advised me to report to sick
call the next work day, which would be Wednesday...a day that the sick call line
IS CLOSED!

On 07/17/13, I spoke with prison health service employee, "Hall", and informed
him that I was in great fear of the gangrene spreading further up my finger from the
"non-treatment" that I had been going through at the hands of other medical staff
at the prison heath service department. Mr. Hall told me that he could'nt go against
what the other staff were doing against me illegally, because he has to work with
those very same people. He refused to accept my sick call slip...refused to treat me
....and told me to try getting medical attention some other day!

On 07/18/13, I saw and spokde to the Prison Health Service Administrator, a Mr.
Weaver.  I informed him that I needed immediate medical attention for the "nerve"
pain that I continue to have as a direct result of my recent amputation of my finger.
I also requested to have the skin graf "bandage" changed/clean, and further asked him,
if he could please renew my T-3 medication/pain relievers...Mr. Weaver refused to
grant any of my requests. Instead, he cancelled the T-3 medications for pain, and
issued a new prescription called " Neurotins".

On 07/19/13, I again spoke to the Health Service Administrator, Mr. Weaver, and
told him that I felt like the health service personell that he is in charge of, was
"retaliating" against me...because I simply desired "proper" and "necessary" medical
treatment for my very serious gangrene amputation of my finger. Mr Weaver was UNMOVED
and completely NON-CARING about what i was reporting to him...and simply suggested

that I report to pill/sick call line later on that evening, and make another attempt for proper medical care with a different health care provider! I reported to pill line that evening, as directed by Mr. Weaver...and no medication was made available to me by the health service employee on duty...the retaliations continued!

On 07/20/13, I had a very rough night, because of the pain that I was forced to endure, due to my not being given any medications from prison health services the previous day.  I am very nervous and really worried about being refused antibiotic's and pain medications.  How much more of my finger will now have to be further amputated "before" prison health service staff will give me the "proper" medical care and attention that I deserve as a human being?

On 07/21-13, prison health service employee "Hall" was working the pill/sick call line.  I tryed to once again, pick up the correct medications that were prescribed by my surgical doctor for pain. But, health service employee, "Hall", told me that the "proper" prescribed pain medication was not available to me again, and that I would just have to go back to my room and beg another inmate for some asperin or something!

)n 07/22/13, Prison Officials then retaliated agains me for complaining so much about not receiving my proper medications...and threw me in the S.H.U (segregated--housing), under the guise...that they required a totally "secure" environment...to ensure that I did not have any fun or drink in my system prior to attending an outside doctors appointment in the community of Glenville County the next day/moringin. This illegal lockup in the S.H .U., IS NOT WHAT IS NORMALLY DONE FOR ANY INMATES WHO ARE SCHEDULE FOR A OUTSIDE DOCTORS APPOINTMENT the next day! This actions was done to specifically punish me for my always complaining about the deliberate indifference to my medical care , that I had been receiving everyday since my injury occurred.

On 07/23/13, Correctional Officers in the S.H.U. , approached my cell in a Angry demeanor...yelling & screaming...in an attempt to aggravate me prior to escorting me out to my outside doctors appointmen with my surgial doctor who had

amputated my finger after gangrene had set in it, from prison officials having not given me the proper medical care "after" my initial surgery. Upon my return from my surgical doctors post surgery follow-up appointment. Prison health service employee Mr. Novelty and Health service Administrator-Mr. Weaver, both tried to force me to signed some type of legal-medical-release forms! I refused, and they got even more angry at me.

On 07/24/13, I woke up in alot of pain...I am in fear that my finger is becoming more infected...and I fear that I will have to make another emergency trip back to the outside hospital to be seen by my surgical doctor...and possibly be rescheduled for further amputations of my finger....due to more gangrene infections...simply because prison staff have intentionally been refusing me the proper antibiotic's that I have been needing...and that were prescribed for me to have ben taking. My skin graf area is also infected now! I just dont know what else I can do!

On 07/25/13, The health service administrator at F.C.I. GILMER, ATTempted to bully and intimidate me into signing some type of "medical waiver". When I refused, he became very rude and hostile, and then proceeded to tell me to get out of his hospital! I left the prison hospital in pain, because Mr. Weaver refused to treat me! Thus I am still, very worried that the prison health service staff might now cause some type of intentional harm against me...by continueing to denie me the much needed antibiotic's and pain relievers that I've been requesting for quite some time.

On 07/26/13, I woke up this moring feeling very depreseed and in alot of pain. I am still worried and can't understand why prison health service personell continue to be deliberately indifferent to my medical care and needs for my amputated finger.. ....which continues to stay infected....simply because they have refused to administer the proper antibiotic's that were Ordered by the surgical physician.

On 07/27/13,  I am still having a very hard time with the jerry-rigged/make-shift "sling" that I had to personally make with torn strips of my sheet...so as to be able to keep my hand/arm "elevated" as the doctor ordered.  F.C.I. GILMER prison health service employees "refused" to supply me with a "proper" medical device of some kind, in which to keep my arm elevated after surgery...as the doctor had ordered.  This "sling" was a necessary part of my medical treatment, to fight off any furture potential complications with the gangrene infection that was already in the flesh of my finger/hand.

)n 07/28/13,  I am also having a very hard time keeping my "bandages" dry, for both my amputated finger and the surgical skin graff.  F.C.I. health service prison employees "continue to refuse" to supply me with any type of plastic wrap of some kind, in which I could use to safely cover up my skin graff bandage and amputated finger whenever I take a shower.  Thus, I am left with know choice, but to continue to get my bandages wet...which continues to keep the infections getting out of control.... couple with now receiving any antibiotics!

On 07/29/13,  I went to the prison sick call pill line seeking medical help! All I received was...negativity from the medical staff...as they were trying to force me to go back to work in the prison unicor factory...without having been released from the surgical doctors care!

# MEDICAL Treatment LOG!

OF→ NAME: Jerome Ford

This incident/medical records Log is being Kept,
so as to accurately document & reflect the
"deliberate indifferent" Medical Treatments I will
have received white at F.C.I. Gilmer "after I
was Severely Injured white working in the Unicor
Prison Industries Factory.

[10:30]

1. On 6-24-13, while performing my Job duties
as a Unicor inmate prison "Maintenance" worker.
My index Finger was Severely & horribly "Crushed"
after a 500 lb metal drum fell on it!

2. After my Finger was Severed/crushed. I
immediately notified the nearest B.O.P. Unicor
Factory employee, Officer Moore _____
and he or she responded by: (doing or not doing
the following) (A). he immediately contact medical by radio
and informed them of the emergency accident (b). Officer Moore
did not compress or apply any pressure with a towel to stop
the profused bleeding; (c) it took approx. 5 mins before officer
moore decided to walk me to medical for emergency treatment
(D). Health Service P.A. Lehman met me at R&D and applied a
simple gauze pad on my crush/severed finger; (E) Ho-worker Lehman
gave me a tetanus shot/ and Pain reliever, (F) stayed in med for 1 hour
awaiting to be transported to nearest hospital of 6/24/03

3. On this very same injury date, F.C.I. Gilmer
medical/correctional staff rushed me by prison
transportation (in hand cuffs) to Stonewall _____
Jackson memorial Hospital, which I can only assume
was the nearest medical trauma center/hospital
that could handle my serious medical injury —
— which took about another 45 minutes before I
was to receive official professional/competent medical
attention

✳ After Arrival at Hospital, Medical Staff ran a
I.V. and waited 45 min for them to X-RAY my
injury. The admissions doctor then informed the B.O.P.
transport officer's that they would be keeping me /
admitting me into the hospital for surgery scheduled
on my © index finger at 4:30 p.m. that same evening.

From the time of my arrival until the time of my
operation — Medical staff refused to give me Any
pain medication

At 6:30 p.m on 6-24-13, DR. Sneed performed the
operation to re-attach my the end of my © index
finger to the rest of the finger.

I stayed 3 days convalessing at the hospital, and
on 6-27-13 was transported back to F.C.I. Gilmer
with the following medical instructions: (1) to keep the
surgery area clean & elevated → (2) to be brought
back to the hospital for a follow-up post-surgery after
care [ one week from the date of surgery ]

July 1, 2013, Medical staff at F.C.I. Gilmer
Refused to comply with the Surgical Doctors
post surgery instruction to bring me back for to
him for after care.

also they changed bandage

July 2, 2013, transported back to stone wall Jackson
memorial hospital for post surgery / after care treatment
w/ a Orthopedic hand / finger expert.

Orthopedic expert then informed me that a 1/4 inches of my finger that was re-attach was still black— indicating that it is dead. Then asked me if the institution was still giving me antibiotics, and that I should stay on these medications until he sees me again in another week. Instructions were given to continue medications, change bandages every 2 days, so as prevent any more of the gangrene spreading any further throughout my hand— and for F.C.I. Gilmer to monitor for my spreading of infection — and if it is spreading to immediately rush you back to hospital for emergency treatment.

On 7/3/13, F.C.I medical gave me T-3 for pain, and since that time have refused to follow the Doctors instruction to have kept me on both pain relievers & antibiotics until 7/10/13. F.C.I Gilmer medical staff discontinued All medication one day after the hospitals instructions

7/4/13 — Woke up this morning in excruciating pain — went to medical — made complaint — and no services were rendered.

on 7/4/13 around 12 noon, I had my Unit (A-3) officer McCartney called to medical to see if they would comply with my Surgical Doctors Post-operation treatment instruction, and change my bandages every 2 days. The B.O.P Health Service Staff informed him that they would not be changing my bandages. This deeply trouble me, because I can feel the infection getting worse

Start here 1

7-5-13.   Couldn't sleep at all last night because of the pain & discomfort of my ⓇⓇ index finger being infected with gangrene. Prison officials wont provide me with proper and just medical treatment. I dont know what else I can do. I'm afraid that because of there indifference to my medical needs, that I will ultimately lose my ⓇⓇ index finger due to the spreading of the gangrene.

7-5-13. at 12:30 noon - went to H.S. to inquire about medications. Ms. Carson informed me that it took 4 days for her to find the Doctors orders
that gave her the instruction
to continue meds and thats why they had
prematurely been terminated. Mr. Novelty, informed me that the delay in receiving my antibiotics didnt matter because I was going to lose my finger anyway.

                                    what I believed to be
I was eventually given a dosage of my antibiotics and
                by Ms Carson
pain reliever around 11pm on 7-5-13 — and for reasons unbeknownst to be I went into some type of
                adverse
negative reaction from the pills she administered to
me around ____ in the ____ and had a tight chest and coughing/breathe. I thought I was gonna die, so I pushed the inmate emergency needs button on my cell to alert the officer (          ) who was on duty in unit A-3 to help me get medical attention — and I was _____

It is my firm belief that I went into an allergic reaction because the HS-employee at F.C.I. Gilmer probably administered the wrong medications to me by mistake

7/30/13 — went to sick — chest pain & pain in hand —
Tuesday    started Anti-depressants — claimed that this type
           of medication is better for a pain reliever then
           what the Surgical doctor

7/31/13 — Pain & suffering continues — prison staff are
          now retaliating further by refusing to mail my
Wednesday legal mail — with trumped up excuse

8/1/13 — Than push emergency button at 6 am — took medical
Thursday  until 7 am to come give me Aide — had some type of
          Allergic reactions to medications being administered
          by DC Anderson — Couldn't Speak — Shortness of breath
          and chest pains. Nurse arrived and told me that
          nothing was wrong with me and no treatment was give

8/2/13 —
Friday    Felt a little bit from yesterdays emergency —

8/3/13 — My Finger still in Alot of pain — not As
         severe As a few days ego — but — nonetheless —
         I Am still in pain

7-16-13 — pill line times — saw Dr. Anderson — inform him about all the conditions & the pains I've been feeling in my Arm/ fingers — inform him also about meds not working — come to sick call the next day — didn't care!

7-17-13 - NO SICK calls on Wednesday! WOW! — imagine

H/s employee HAN (MALE) informed him about my fears about the non-treatment I have been having though — Sorry I can't help you — Refused sick call slip and told y to try another day

7-18-13 - Saw MR. Weaver — head of H/s — Informed him I needed medical attention for nerve pain I continue to be having, Requested to have the skin graft bandage changed/clean — Renewed old meds — T-3 — Denied T-3 that same evening prescribed New — Newrotin

7/19/13

Spoke to Mr. Weaver — informed — that you were feeling like health service personnel were retaliation against you because of your desire to receive proper & necessary medical treatment for your serious injury. Mr. Weaver was unmoved by my compliant, and in non-caring demeanor just suggested for you to go to pill line tonight — went to pill line — No medication was available.

7-20-13   Rough Night – because of pain setting in – uncomfortable – nervous – really worried about not receiving antibiotics. How much more of my finger will be amputated before B.o.p. H/s personnel ~~do the right~~ give me the proper medical care I deserve as human being

7-21-13   Ms. Hall – working – trayed to pick up prescribed pain medication – but it was not there for me – so I was once again left without any proper medical care by prison official

7-22-13   Prison officials retaliated against me – place me in the shu under the guise that they needed you totally secure environment so that you let a drank pain before the doctor appt the next morning – this was not policy – this was a lie and simply a punishment towards me for always complaining.

7-23-13 – prison officials came to my cell in the shu – in angry demeanors – yelling & screaming rushing me to the my Dr. appt – placed handcuffs and ankle restraint on so tight so that it would be in pain the whole entire trip to my Doctors Appt – Upon return – Novelly and Weaver tried to have legal/med/release forms — No idea why they needed these

7-24-13 – I am still in so much pain – I fear that my finger is becoming re-infected and that I'll have to return to hospitals for more amputation of my finger — Skin graft may be infected us well